UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. MCCARTHY,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No. ED CV 14-0564-PJW<br><br>J U D G M E N T |

   In accordance with the Memorandum Opinion and Order filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings consistent with the Memorandum Opinion and Order.

   DATED:   6/5/15

                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\MCCARTHY, 564\Judgment.wpd